UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CA, State Outdoor Advertising Association Inc, et al.,

        Plaintiffs,

    v.

State of California Department of Transportation, et al.,

        Defendants.

_____

NO. CIV. S-05-0599 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Plaintiff's Motion to Substitute Plaintiff's as Real Parties in Interest is continued to January 13, 2006 at 10:00 a.m.  Defendants shall file and serve an opposition brief or notice of non-opposition no later than December 30, 2005.  The Plaintiff's may file and serve a reply on

or before January 6, 2006.

    2.   Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

    3.   Defendant's counsel shall file his response to the order to show cause on or before December 30, 2005.

    4.   A hearing on the order to show cause will follow the hearing on the Motion to Substitute.

IT IS SO ORDERED.

DATED: December 12, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE